IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MMS&Z FREIGHTWAYS, et al.,

    Plaintiffs,

      v.

OM SHREE GANESH CONTAINER
PVT. LTD., et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:10-CV-1702-TWT

## ORDER

This is a civil RICO action. It is before the Court on the Plaintiffs' Motion to Dismiss [Doc. 3] which is GRANTED. This action is dismissed without prejudice. The Complaint was filed by Mahmood Alyshah who may be engaging in the unauthorized practice of law. The Clerk is directed to send a copy of this Order to the State Bar of Georgia and the Solicitor of the State Court of DeKalb County.

SO ORDERED, this 13 day of August, 2010.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge