**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| MMS&Z Freightways, et al.,<br>Plaintiffs,<br>vs.<br>OM Shree Ganesh Container PVT. LTD., et al.,<br>Defendants. | CIVIL ACTION FILE<br>NO. 1:10-cv-1702-TWT |

# JUDGMENT

This action having come before the court, Honorable Thomas W. Thrash, Jr., United States District Judge, for consideration of Plaintiffs' motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 16th day of August, 2010.

JAMES N. HATTEN
CLERK OF COURT

By: s/Cynthia Mercado
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
August 16, 2010
James N. Hatten
Clerk of Court

By: s/Cynthia Mercado
Deputy Clerk